# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2332
Lower Tribunal No. 2024-CA-006541

_____

TERRY L. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
A. James Craner, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and GANNAM, JJ., concur.


Terry L. Young, Bushnell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED